# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Eric A. Hogue
Jacksonville Division Manager

**DATE:** March 29, 2005

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

**U.S.D.C. Case No.:** 3:04-cr-143-J-25TEM

**Style of Case:** UNITED STATES OF AMERICA
-vs-
KURT ALLEN KIMBLE

**U.S.C.A. Case No.:** 04-16227-HH

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Complete Record on Appeal:
  - 1    Volumes of Pleadings
  - 2    Volumes of Transcript
  - 1    Volume (Sealed) Pleadings
  - 1    Presentence Investigation Reports

- Certificate of Readiness with certified copies of indexed District Court Docket Sheet. [11th Circuit Only]

SHERYL L. LOESCH, CLERK

By:   Sandra Gatz, Deputy Clerk

Enclosure(s)



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

2005 APR -5 P 3: 52

Sheryl L. Loesch
Clerk

Eric A. Hogue
Jacksonville Division Manager

March 29, 2005

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S. District Court Case Number:** 3:04-cr-143-J-25TEM

**Style of Case:** United States of America
-vs-
KURT ALLEN KIMBLE

**U.S.C.A. Case Number:** 04-16227-HH

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

Complete Record on Appeal:

- 1   Volume(s) of Pleadings
- 2   Volume(s) of Transcript
- 1   Volume (Sealed) Pleadings
- 1   PSI [Sealed]

SHERYL L. LOESCH, CLERK

By: s/ Sandra Gatz
Sandra Gatz, Deputy Clerk