# United States Court of Appeals

## For the Eleventh Circuit

No. 04-16227

District Court Docket No.
04-00143-CR-J-25-TEM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jul 20, 2005

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KURT ALLEN KIMBLE,

Defendant-Appellant.



A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

------------------------------------------------------------
Appeal from the United States District Court
for the Middle District of Florida
------------------------------------------------------------

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: July 20, 2005
For the Court: Thomas K. Kahn, Clerk
By: Gilman, Nancy

ISSUED AS MANDATE

AUG 1 8 2005

U.S. COURT OF APPEALS
ATLANTA, GA.

2005 AUG 22 A 9: 30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

FILED

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 20, 2005
THOMAS K. KAHN
CLERK

No. 04-16227
Non-Argument Calendar

D. C. Docket No. 04-00143-CR-J-25-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KURT ALLEN KIMBLE,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

(July 20, 2005)

Before DUBINA, HULL and WILSON, Circuit Judges

PER CURIAM:

Gerald S. Bettman, appointed counsel for Kurt Allen Kimble in this direct criminal appeal, has moved to withdraw from further representation of Kimble and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kimble's conviction and sentence are **AFFIRMED**.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 18, 2005

Sheryl L. Loesch
Clerk, U.S. District Court
300 N HOGAN ST STE 9-150
JACKSONVILLE  FL  32202-4271

**Appeal Number: 04-16227-HH**
Case Style: USA v. Kurt Allen Kimble
District Court Number:  04-00143 CR-J-25-TEM

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: one psi
    Original record on appeal or review, consisting of: four volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's</u> <u>decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (03-2004)